UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORIO AJANEL VICENTE,

Petitioner,

v.

WARDEN OF IMPERIAL REGION DETENTION FACILITY,

Respondent.

Case No.: 3:26-cv-03877-LEK-JLB

**MINUTE ORDER DIRECTING THE PARTIES TO FILE A JOINT STATEMENT**

Petitioner Honorio Ajanel Vicente ("Petitioner") filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition") on July 6, 2026. [Dkt. no. 1.] On July 16, 2026, the Court filed an order granting the Petition in part and denying it in part ("7/16 Order"). [Dkt. no. 5.] The 7/16 Order directed the government to provide Petitioner with an individualized bond hearing under Title 8 United States Code Section 1226(a) within seven days. [Id. at 2.]

The parties are DIRECTED to file a joint status report informing the Court of the outcome of the bond hearing by **August 4, 2026**.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, July 28, 2026.

/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge