UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HONORIO AJANEL VICENTE,
Petitioner,

v.

WARDEN OF IMPERIAL REGION DETENTION FACILITY,
Respondent.

Case No.: 3:26-cv-03877-LEK-JLB

**MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**

Petitioner Honorio Ajanel Vicente ("Petitioner") filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition") on July 6, 2026. [Dkt. no. 1.] On July 16, 2026, the Court filed an order granting the Petition in part and denying it in part ("7/16 Order"). [Dkt. no. 5.] The 7/16 Order directed the government to provide Petitioner with an individualized bond hearing under Title 8 United States Code Section 1226(a). [Id. at 2.]

On September 18, 2026, the respondent, identified in the Petition as Warden of Imperial Region Detention Facility ("Respondent"), filed the parties' Joint Status Report. [Dkt. no. 8.] The parties report that Petitioner's bond hearing was held on August 19, 2026 and that Petitioner was denied bond. See Joint **Status Report** at 1; id., Exh. 1 (Order of the Immigration Judge, dated 8/19/26).

In light of the parties' Joint Status Report, there are no remaining issues in this case. The Clerk's Office is DIRECTED to enter judgment in favor of Petitioner pursuant to the 7/16 Order and to close this case immediately.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, October 7, 2026.

/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge

**<u>HONORIO AJANEL VICENTE VS. WARDEN OF IMPERIAL REGION DETENTION FACILITY</u>; CASE NO. 3:26-CV-03877-LEK-JLB; MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**